Beverly BAKER and Jessica Baker,[1]
Petitioners Below, Appellants,

v.

Dustin BROWN, Respondent
Below, Appellee.

No. 719, 2014

Supreme Court of Delaware.

Submitted: July 24, 2015
Decided: September 23, 2015

Court Below—Family Court of the State of Delaware in and for Kent County, File No. CK13–01010, Petition Nos. 13–22030, 13–34770, and 13–28017

AFFIRMED.

■

Shakita DOLLARD, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 686, 2014

Supreme Court of Delaware.

Submitted: September 24, 2015
Decided: September 24, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, Cr. Id. No. 1310014671

AFFIRMED.

■

Wayne JACKSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 549, 2014

Supreme Court of Delaware.

Submitted: September 24, 2015
Decided: September 25, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, Cr. I.D. No. 0612016202

AFFIRMED.